UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lizbeth Estrada,<br><br>     Plaintiff,<br><br>-v-<br><br>IVY United USA Inc.,<br><br>     Defendant. | Civil Action #: 20-CV-06372 (RML)<br><br>STIPULATION OF DISCONTINUANCE WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

**Dated:** Queens Village, New York
   September 29, 2021

Abdul Hassan Law Group, PLLC:

*/s/ Abdul Hassan*
**By: Mr. Abdul K. Hassan, Esq.**
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com

Geng & Associates P.C.

*/s/*
**By: Ms. Sylvia Tsai, Esq.**
*counsel for Defendant*
275 Madison Ave, Ste 903,
New York NY 10016
Tel: 718-321-7006
Fax: 718-569-6878
Email: stsai@genglaws.com

1

Doc ID: 7d6bdfac681f9178a8795e2fa1dbf6e82ccee176